FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUN 0 1 2011

GREGORY C. LANGHAM
                                    CLERK
_____

Civil Action No. 11-cv-01235-BNB

CALVIN KARL CHEEKS,

     Applicant,

v.

RICHARD SMELSER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

_____

## ORDER DRAWING CASE

_____

     Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

     DATED June 1, 2011, at Denver, Colorado.

                             BY THE COURT:

                             s/ Boyd N. Boland
                             United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01235-BNB

Calvin Karl Cheeks
Prisoner No.  139114
Crowley County Correctional Facility
6564 State Hwy 96
Olney Springs, CO 81062

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 1, 2011.


                                          GREGORY C. LANGHAM, CLERK


                              By:_____
                                              Deputy Clerk