### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 11-cv-01235-CMA

CALVIN KARL CHEEKS,

    Applicant,

v.

RICHARD SMELSER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER DENYING MOTION FOR RECONSIDERATION

---

    The matter before the Court is Applicant's Motion For Reconsideration And Objection To Judgment (Doc. # 18), filed August 1, 2011. The Court has reviewed Applicant's arguments and the applicable legal authority and has determined that the order dismissing the habeas application is correct. Accordingly, it is

    ORDERED that Applicant's Motion For Reconsideration And Objection To Judgment (Doc. # 18) is DENIED.

    DATED: August __02__, 2011

                                               BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge